UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MICHAEL JAY WOODS, et.al.,
    Plaintiff,

vs.                                                                                          04-1440

RICHARD MORRIS, et al.,
    Defendants.

## CASE MANAGEMENT ORDER #3

    This cause is before the court for case management. This case was originally filed by seven current or former inmates at the Knox County Jail including Michael Woods, Jerry Mabry, Michael Judy, Blake Kallenbach, Everett Garrett, Carl Holloway, and Ralph Brooks.

    The court found that the plaintiff's original complaint violated Rule 8 of the Federal Rules of Civil Procedure and gave the plaintiffs additional time to file an amended complaint. *See* January 20, 2005 Court Order. The plaintiffs appealed the court's decision and the litigation was stymied when there was some difficulty locating the plaintiffs.

    On November 18, 2005, the court conducted a merit review of the plaintiff's amended complaint and identified several claims in the plaintiff's complaint. *See* November 18, 2005 Court Order. The plaintiffs were also reminded that the must immediately inform the court of any change in their address or telephone number.

    On January 20, 2006, the court noted that all recent mailings to Plaintiff Brooks had been returned to the clerk of the court. The plaintiffs were advised that they must provide the court with the latest address for this plaintiff within 14 days, or he would be dismissed from this action. More than a month has passed, and the plaintiffs have still not provided any more information about this plaintiff. It appears this plaintiff has lost interest in pursuing this litigation and will be dismissed.

    The remaining defendants Knox County Jail Administrator Richard Morris, Sheriff Jim Thompson, Knox County and Evercom Systems have all been served.

    **IT IS THEREFORE ORDERED that:**

    **1) The clerk is directed to dismiss Plaintiff Ralph Brooks from this lawsuit for failure to follow a court order and failure to prosecute with due diligence.   *See* Fed. R.Civ. P. 41(b).**

    **2) The court will abide by the following scheduling deadlines:**

      **a) All discovery must be complete on or before August 1, 2006.**
      **b) Any dispositive motions must be filed on or before August 22, 2006.**

Entered this 8th day of March, 2006.

                              **s\Harold A. Baker**
                    _____
                              HAROLD A. BAKER
                        UNITED STATES DISTRICT JUDGE