UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MICHAEL JAY WOODS, et.al.,
    Plaintiff,

vs.                          04-1440

RICHARD MORRIS, et al.,
    Defendants.

### CASE MANAGEMENT ORDER

    This cause is before the court for case management.  This case was originally filed by seven current or former Knox County Jail inmates pursuant to 42 U.S.C. §1983.  On November 18, 2005, the court conducted a merit review of the plaintiff's amended complaint and identified several claims in the plaintiffs' complaint. *See* November 18, 2005 Court Order.   Plaintiff Brooks was terminated from the litigation on March 8, 2006 after he failed to respond to several court notices.

    Plaintiff Everett Garrett has now filed a an agreed stipulation asking to be dismissed from this lawsuit signed by both Plaintiff Garrett and defense counsel.  The plaintiff asks to be dismissed with prejudice from this lawsuit with each side paying for its own courts costs and attorney fees. The motion is granted. [d/e 112].

    The remaining plaintiffs include: Woods, Mabry, Kudy, Kallenbach and Holloway.
**IT IS THEREFORE ORDERED that:**

**The clerk is directed to dismiss Plaintiff Everett Garrett from this lawsuit with prejudice based on the joint stipulation of the plaintiff and defendants.**


Entered this_____ day of July, 2006.


                          s\**Harold A. Baker**
                _____
                          HAROLD A. BAKER
                    UNITED STATES DISTRICT JUDGE