UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MICHAEL JAY WOODS, et.al.,
    Plaintiff,

vs.                                                                      04-1440

RICHARD MORRIS, et al.,
    Defendants.

## CASE MANAGEMENT ORDER

      This cause is before the court for consideration of Defendant Evercom Systems Incorporated's motion to dismiss the claims against it in the amended complaint [d/e 88] and the plaintiffs' motions to voluntarily dismiss claims against Defendant Evercom. [d/e 97, 99].

      This case was originally filed by seven current or former inmates at the Knox County Jail including Michael Woods, Jerry Mabry, Michael Judy, Blake Kallenbach, Everett Garrett, Carl Holloway, and Ralph Brooks. On November 18, 2005, the court conducted a merit review of the plaintiffs' amended complaint and identified several claims in the plaintiffs' complaint. *See* November 18, 2005 Court Order. Since that time, the court has dismissed Plaintiffs Everett Garrett and Ralph Brooks. *See* March 8, 2006 Case Management Order, July 27, 2006 Court Order.

      The plaintiffs' claims against Defendant Evercom include:

      1) Defendant Evercom violated the Telecommunications Act based on the way calls were handled at the Knox County Jail; and

      2) All defendants violated the plaintiffs right to counsel by recording conversations between the plaintiffs and their counsel and making the tapes available to jail officials. The plaintiffs allege the practice interfered with their ability to communicate with counsel.

      Defendant Evercom has filed a motion to dismiss any claims against the telephone service provider. [d/e 88]. Among the various arguments propounded by the defendant is a claim that the plaintiffs' claims are moot. The plaintiffs request only injunctive relief against the corporation and none of the plaintiffs still reside at the Knox County Jail.

      The plaintiffs have responded by asking the court to dismiss their claims against Evercom without prejudice. [d/e 97, 99] The plaintiffs admit their claims for injunctive relief against Evercom are moot. [d/e 97] Defendant Evercom opposes the motions to voluntarily

dismiss the claims against the corporation. Evercom states that since the plaintiffs admit their claims are moot, claims against Evercom should be dismissed **with** prejudice. The court agrees the claims against Evercom are moot and will dismiss the claims with prejudice.

**IT IS THEREFORE ORDERED that:**

**1)   Defendant Evercom's motion to dismiss all claims against Evercom with prejudice is granted. [d/e 88]**

**2) The plaintiffs' motions to voluntarily dismiss Defendant Evercom without prejudice are denied as moot. [d/e 97, 99]**

Entered this 4th day of January, 2007.

s\Harold A. Baker

_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE