UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MICHAEL JAY WOODS, et.al.,
    Plaintiff,

vs.                                                                                          04-1440

RICHARD MORRIS, et al.,
    Defendants.

## DISMISSAL ORDER

The Defendants and Plaintiff Blake Kallenbach have filed an agreed stipulation to dismiss the Plaintiff's claims against the Defendants pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Plaintiff asks to be dismissed with prejudice from this lawsuit with each side paying for its own courts costs and attorney fees. The agreement is signed by both defense counsel and the Plaintiff. The court will therefore dismiss Plaintiff Kallenbach.

The court will instruct the Clerk of the Court to seal document # 180 which contains the original signature of the plaintiff. The court notes that all other plaintiffs in this case have either been previously dismissed (*See* March 8, 2006 Court Order; July 27, 2006 Court Order) or have also reached an agreement with the defendants. (*See* April 17, 2008 Court Order, April 23, 2008 Court Order, June 12, 2008 Court Order.)   This case is now closed.

The status conference scheduled for September 16, 2008 is canceled and the writ is recalled. The October 20, 2008 trial date is also canceled.

**IT IS THEREFORE ORDERED that:**

**1) The Agreed Stipulation to Dismiss is granted.  The Clerk of the Court is directed to dismiss Plaintiff Blake Kallenbach from this action with prejudice.**

**2) The Clerk of the Court is directed to seal Document # 180 which contains the original signature of the plaintiff.**

**3) The status conference scheduled for September 16, 2008 is canceled and the writ is recalled.  The trial scheduled for October 20, 2008 is also canceled.**

**4) This lawsuit is dismissed in its entirety with prejudice pursuant to Rule 41 (a)(2), with each party to bear its own costs.**

Entered this 6th day of  August, 2008.

                                                s/Harold A. Baker

                        _____
                                   HAROLD A. BAKER
                              UNITED STATES DISTRICT JUDGE